# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VICTOR E. R., | Case No. 25-cv-4664 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER GRANTING STIPULATION AND HABEAS PETITION** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and ERIC KLANG, *Sheriff of Crow Wing County*, | |
| Respondents. | |

Petitioner Victor E. R. is a native and citizen of Mexico who entered the United States without inspection approximately 20 years ago. *See* ECF No. 1 ¶¶ 30–31. Victor E. R. was arrested by immigration officials on December 13, 2025, and remains in the custody of United States Immigration and Customs Enforcement. *See id.* ¶ 36. Following his arrest, Respondents (the "Government") denied Victor E. R. a bond hearing, arguing that he is not entitled to a bond hearing under 8 U.S.C. § 1226(a), but instead is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). *Id.* ¶¶ 2, 86; *see Matter of Yajure Hurtado*, 29 I. & N. Dec. 216, 229 (B.I.A. 2025). Victor E. R. brought a habeas petition, asserting that he is entitled to a bond hearing under 8 U.S.C. § 1226(a). ECF No. 1. The

Government has now entered a stipulation with Victor E. R. to provide him a bond hearing pursuant to 8 U.S.C. § 1226(a) within 7 days. ECF No. 9.

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Stipulation (ECF No. 9) is **GRANTED**;

2. Victor E. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

    a. The Government is ordered to provide Victor E. R. with a bond hearing under 8 U.S.C. § 1226(a) on the merits of his release within 7 days (excluding federal holidays) of the date of this Order.

    b. If the Government does not provide Victor E. R. with a bond hearing as required by this Order, he must be immediately released from detention.

    c. Within 8 days of the date of this Order, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order or, if no bond hearing was held, advise the Court regarding Victor E. R.'s release.

3. Victor E. R.'s Motion for a Temporary Restraining Order (ECF No. 4) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 22, 2025                *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge