**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Victor Enriquez Romero

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Eric Klang

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04664-LMP-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Stipulation (ECF No. 9) is **GRANTED**;

2. Victor E. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Government is ordered to provide Victor E. R. with a bond hearing under 8 U.S.C. § 1226(a) on the merits of his release within 7 days (excluding federal holidays) of the date of this Order.

   b. If the Government does not provide Victor E. R. with a bond hearing as required by this Order, he must be immediately released from detention.

   c. Within 8 days of the date of this Order, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order or, if no bond hearing was held, advise the Court regarding Victor E.

R.'s release.

3. Victor E. R.'s Motion for a Temporary Restraining Order (ECF No. 4) is **DENIED** as moot.

Date: 12/22/2025

KATE M. FOGARTY, CLERK